

The information on this page is NOT an official record. Do not rely on the correctness or completeness of this information. Verify all information with the official record keeper. The information contained in this report is provided in compliance with the Oklahoma Open Records Act, 51 O.S. 24A.1. Use of this information is governed by this act, as well as other applicable state and federal laws.

### IN THE DISTRICT COURT IN AND FOR <u>POTTAWATOMIE COUNTY</u>, OKLAHOMA

| | |
|---|---|
| MISSION AIR SUPPORT, INC V. KSNL AERO LLC | No. CJ-2021-00306<br>(Civil relief more than $10,000: MONEY JUDGMENT ($10,000.00 AND OVER))<br><br>Filed: 10/15/2021<br><br>Judge: CANAVAN, JOHN G. JR. |

## PARTIES

KSNL AERO LLC, Defendant
MISSION AIR SUPPORT, INC, Plaintiff

## ATTORNEYS

| Attorney | Represented Parties |
|---|---|
| ATWOOD, NICHOLAS<br>PO BOX 3011<br>116 NORTH BELL AVENUE<br>SHAWNEE , OK 74802-3011 | |

## EVENTS

| Event | Party | Docket | Reporter |
|---|---|---|---|
| Thursday, November 18, 2021 at 9:00AM<br>  MOTION FOR TEMPORARY INJUNCTION | | | |

## ISSUES

1. MONEY JUDGMENT ($10,000.00 AND OVER)

## DOCKET

**EXHIBIT 1**

| Date | Code | Description | Count | Party | Amount |
|---|---|---|---|---|---|
| 10-15-2021 | | FILE PETITION (OVER $10,000.)<br>Document Available at Court Clerk's Office | | | $ 163.00 |
| | | (Entry with fee only) | | | $ 6.00 |
| | | (Entry with fee only) | | | $ 7.00 |
| | | OKLAHOMA COURT INFORMATION SYSTEM FEE - EFFECTIVE 07/01/04 | | | $ 25.00 |
| | | LENGTHY TRIAL FUND | | | $ 10.00 |
| | | OK COURT APPOINTED SPECIAL ADVOCATES | | | $ 5.00 |
| | | 10% OF CASA TO COURT CLERK REVOLVING FUND | | | $ 0.50 |
| | | OK COUNCIL ON JUDICIAL COMPLAINTS REVOLVING FUND | | | $ 1.55 |
| | | 10% OF COJC TO COURT CLERK REVOLVING FUND | | | $ 0.16 |
| | | STATE JUDICIAL REV. FUND INTERPRETER & TRANSLATOR SERVICES | | | $ 0.45 |
| | | COURTHOUSE SECURITY FEE | | | $ 10.00 |
| | | 10% OF CHSC TO COURT CLERK RECOLVING FUND | | | $ 1.00 |
| | | 15% TO DISTRICT COURT REVOLVING FUND | | | $ 2.48 |
| | | COURT CLERK PRESERVATION FUND | | | $ 10.00 |
| 10-15-2021 | | ISSUE SUMMONS | | | $ 10.00 |
| 10-18-2021 | | AJE: MONIES DUE THE FOLLOWING AGENCY(IES) REDUCED | | | $ -4.33 |
| | | (Entry with fee only) | | | $ -0.04 |
| | | (Entry with fee only) | | | $ -0.63 |
| | | (Entry with fee only) | | | $ -0.25 |
| | | (Entry with fee only) | | | $ -0.06 |
| | | (Entry with fee only) | | | $ -0.15 |
| | | (Entry with fee only) | | | $ -0.18 |
| | | (Entry with fee only) | | | $ -0.25 |
| | | (Entry with fee only) | | | $ -0.13 |
| | | (Entry with fee only) | | | $ -0.04 |
| | | (Entry with fee only) | | | $ -0.01 |
| | | (Entry with fee only) | | | $ -0.24 |
| | | AJE: COST DUE TO CARD ALLOCATION FEE | | | $ 6.31 |
| 10-15-2021 | | FILE PLAINTIFF'S FIRST DISCOVERY REQUEST TO DEFENDANT<br>Document Available at Court Clerk's Office | | | |
| 10-15-2021 | | FILE MOTION FOR TEMPORARY INJUNCTIVE RELIEF &<br>Document Available at Court Clerk's Office | | | |

| Date | Code | Description | Count | Party | Amount |
|------|------|-------------|-------|-------|--------|
|      |      | INSPECTION  |       |       |        |