IN THE DISTRICT COURT OF POTTAWATOMIE COUNTY
STATE OF OKLAHOMA

MISSION AIR SUPPORT, INC.    )
                             )
    Plaintiff,               )
                             )   Case No.: CJ-2021-**306**
v.                           )
                             )
KSNL AERO, LLC,              )
                             )
    Defendant.               )

## SUMMONS

**To the above-named Defendant:**     KSNL Aero, LLC

*Through it Registered Agent*

**Pacific Air Holdings, LLC**
**2202 Airport Dr.**
**Hanger 11**
**Shawnee, OK 74804**

You have been sued by the above-named Plaintiff in the court indicated above. The nature of the suit against you is stated in the Petition which is attached to this Summons.

You are directed to file a written answer to the attached Petition in the Court at the above address within twenty (20) days after service of this summons upon you, exclusive of the date of service. Within the same time, a copy of your answer must also be delivered to the attorney for the respondent.

Unless you answer the Petition within the time stated, judgment will be rendered against you together with costs of the action.

Issued this __15__ day of October 2021.

Pottawatomie County Court Clerk

By: _____
   Court Clerk/Deputy

[Seal]

**Attorney(s) for Plaintiff:**

*Ritchie, Rock, McBride & Atwood Law Firm*
*Chase McBride, OBA No. 32061*
*Nicholas Atwood, OBA No. 22052*
*P.O. Box 246, Pryor, OK 74362-0246*
*(888)845-4558 (voice)*

This summons was served on _____

_____
*(Signature of person serving summons)*

**YOU MAY SEEK THE ADVICE OF AN ATTORNEY ON ANY MATTER CONNECTED WITH THIS SUIT OR YOUR ANSWER. SUCH ATTORNEY SHOULD BE CONSULTED IMMEDIATELY SO THAT AN ANSWER MAY BE FILED WITHIN THE TIME LIMIT STATED IN THIS SUMMONS**

**EXHIBIT 3**