# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| MISSION AIR SUPPORT, INC., )<br>)<br>    Plaintiff, )<br>)<br>vs. )<br>)<br>KSNL AERO, LLC, )<br>)<br>    Defendant, )<br>) | Case No.: 21-cv-01034-D |

## AMENDED CERTIFICATE OF SERVICE

KSNL Aero, LLC ("KSNL"), by and through counsel, hereby amends Paragraph 2 of the Certificate of Service attached to the Notice of Removal [Dkt. #1] as follows:

I hereby certify that on <u>October 25, 2021</u>, a copy of the Notice of Removal was hand-delivered to the Pottawatomie County Court Clerk, in Shawnee, Oklahoma, for filing at the address below.

> Valerie Ueltzen, Court Clerk,
> Pottawatomie County Court House
> 325 N. Broadway St.
> Shawnee, Oklahoma 74801.

Paragraphs 1 and 3 of the Certificate of Service originally attached to the Notice of Removal are accurate and unaffected by this Amendment.

Respectfully submitted.

s/ *Joshua D. Burns*
Joshua D. Burns, OBA #32967
Margaret M. Sine, OBA #34024
CROWE & DUNLEVY. P.C.
324 N. Robinson Ave., Ste. 100

Oklahoma City, Oklahoma 73102
(405) 235-7700
(405) 239-6651 Facsimile:
joshua.burns@crowedunlevy.com
meg.sine@crowedunlevy.com

**ATTORNEYS FOR DEFENDANT**

**CERTIFICATE OF SERVICE**

    I hereby certify that on this 26th day of October, 2021, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing. Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to the following ECF registrants:

Chase McBride
Nicholas Atwood
cmcbride@rrmalaw.com
natwood@rrmalaw.com

                                              *s/Joshua D. Burns*