# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| MISSION AIR SUPPORT, INC. </br></br> Plaintiff, </br></br> v. </br></br> KSNL AERO, LLC, </br></br> Defendant. | ) </br> ) </br> ) </br> ) Case No.: CIV-21-1034-D </br> ) </br> ) </br> ) </br> ) </br> ) |

## APPEARANCE OF COUNSEL

TO:   THE CLERK OF COURT AND ALL PARTIES OF RECORD:

I am authorized to practice in this court, and I appear in this case for the Plaintiff, Mission Air Support, Inc.

Date: October 27, 2021.

**Ritchie, Rock, McBride & Atwood**

*s/ Chase McBride*   -

Chase McBride, OBA No. 32061
21 N, Vann Street
Post Office Box 246
Pryor, OK 74362
Telephone: (888) 848-4558
cmcbride@rrmalaw.com
**Attorney for Plaintiff**
**Mission Air Support, Inc.**

1

## CERTIFICATE OF SERVICE

      I hereby certify that on October 27, 2021, I electronically transmitted the attached document to the Clerk of the Court using eh ECF System for filing and a copy of this filing was transmitted to the following ECF participants:

Joshua D. Burns
Margaret M. Sine
Crowe & Dunlevy, PC
324 North Robinson Avenue, Suite 100
Oklahoma City, OK 73102
joshua.buyrns@crowedunlevy.com
meg.sine@crowedunlevy.com
**Attorney for Defendant**
**KSNL Aero, LLC**

                              *s/ Chase McBride*   -
                              _____
                              Chase McBride