**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| MISSION AIR SUPPORT, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No.: 21-cv-01034-D |
| | ) | |
| KSNL AERO, LLC, | ) | |
| | ) | |
| Defendant, | ) | |
| | ) | |

**DISCLOSURE STATEMENT IDENTIFYING
<u>CONSTITUENTS OF LIMITED LIABILITY COMPANY</u>**

In compliance with Federal Rule of Civil Procedure 7.1 and Local Court Civil Rule 7.1.1, Defendant KSNL Aero, LLC hereby discloses that its members are R. Franklin Ford, Jr., a resident and citizen of Hawaii, and Darrin K. Lofton, a resident and citizen of Oklahoma.

The members of KSNL Aero, LLC are not citizens of the same state as Plaintiff Mission Air Support, which, upon information and belief, is a Virginia corporation with its principal place of business in Virginia.

Respectfully submitted,

/s/ Joshua D. Burns
Joshua D. Burns, OBA # 32967
Margaret M. Sine, OBA # 34024
**CROWE & DUNLEVY, PC**
Braniff Building
324 N. Robinson Ave., Suite 100
Oklahoma City, Oklahoma 73102
Telephone: (405) 235-7700
Facsimile: (405) 239-6651
joshua.burns@crowedunlevy.com

meg.sine@crowedunlevy.com

**ATTORNEYS FOR DEFENDANT KSNL AERO, LLC**

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that on October 27, 2021, I electronically transmitted the above and foregoing instrument for filing and for transmittal of a Notice of Electronic Filing through the CM/ECF system to all ECF registrants in this case as follows:

Chase McBride, cmcbride@rrmalaw.com
Nicholas Atwood, natwood@rrmalaw.com

**Counsel for Plaintiff**

/s/ Joshua D. Burns
Joshua D. Burns