# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| MISSION AIR SUPPORT, INC. )<br>)<br>Plaintiff, )<br>) Case No.: CIV-21-1034-D<br>v. )<br>)<br>KSNL AERO, LLC, )<br>)<br>Defendant. ) | |

## APPEARANCE OF COUNSEL

TO:    THE CLERK OF COURT AND ALL PARTIES OF RECORD:

I am authorized to practice in this court, and I appear in this case for the Plaintiff, Mission Air Support, Inc.

Date: October 27, 2021.

**Ritchie, Rock, McBride & Atwood**

*s/ Nicholas Atwood*    -

Nicholas Atwood, OBA No. 22052
116 North Bell Avenue
Post Office Box 3011
Shawnee, OK 74801
Telephone: (888) 848-4558
natwood@rrmalaw.com
**Attorney for Plaintiff**
**Mission Air Support, Inc.**

1

## CERTIFICATE OF SERVICE

     I hereby certify that on October 27, 2021, I electronically transmitted the attached document to the Clerk of the Court using eh ECF System for filing and a copy of this filing was transmitted to the following ECF participants:

Joshua D. Burns
Margaret M. Sine
Crowe & Dunlevy, PC
324 North Robinson Avenue, Suite 100
Oklahoma City, OK 73102
joshua.buyrns@crowedunlevy.com
meg.sine@crowedunlevy.com
**Attorney for Defendant
KSNL Aero, LLC**

                                      *s/ Nicholas Atwood*    -
                                      _____
                                      Nicholas Atwood