UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| MISSION AIR SUPPORT, INC. | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No.: CIV-21-1034-D |
| v. | ) |
| | ) |
| KSNL AERO, LLC, | ) |
| | ) |
| Defendant. | ) |

**PLAINTIFF'S MOTION TO WITHDRAW PLAINTIFF'S MOTION FOR APPOINTMENT OF RECEIVER**

COMES NOW, Plaintiff Mission Air Support, Inc. (hereinafter referred to as "MAS"), by and through its attorneys of record, Chase McBride and Nicholas Atwood, of the Ritchie, Rock, McBride & Atwood Law Firm, for its Motion to Withdrawal Plaintiff's Motion for Appointment of Receiver over personal property and assets in the possession of Defendant, KSNL Aero, LLC (hereinafter "KSNL"). In support of this Plaintiff's Motion to Withdraw Plaintiff's Motion for Appointment of Receiver, MAS would state the following:

1. MAS filed a civil action against KSNL in the District Court of Pottawatomie County, State of Oklahoma, and titled Mission Air Support, Inc. v. KSNL Aero, LLC, Case No. CJ-2021-306.

2. The matter was removed from state court to the United States District Court for the Western District of Oklahoma (DKT 1.)

1

3. On November 12, 2021, Motion filed a Motion for Appointment of Receiver (DKT 8.)

4. Pursuant to conversations among the parties' counsel and pursuant to an agreement, MAS respectfully requests its Motion for Appointment of Receiver by withdrawn.

WHERFORE, the Plaintiff, Mission Air Support, Inc., requests this Court grant its Motion to Withdraw Plaintiff's Motion for Appointment of Receiver and any other relief the Court deems necessary and appropriate.

**Ritchie, Rock, McBride & Atwood**

*s/ Nicholas Atwood  -*
_____
Chase McBride, OBA No. 32061
Nicholas Atwood, OBA No. 22052
Post Office Box 3011
Shawnee, OK 74802
(888) 848-4558
cmcbride@rrmalaw.com
natwood@rrmalaw.com
**Attorney for Mission Air Support, Inc.**

## **CERTIFICATE OF SERVICE**

      I hereby certify that on November 23, 2021, I electronically transmitted the attached document to the Clerk of the Court using eh ECF System for filing and a copy of this filing was transmitted to the following ECF participants:

Joshua D. Burns
Margaret M. Sine
Crowe & Dunlevy, PC
324 North Robinson Avenue, Suite 100
Oklahoma City, OK 73102
joshua.buyrns@crowedunlevy.com
meg.sine@crowedunlevy.com
**Attorney for Defendant**
**KSNL Aero, LLC**

                                          *s/ Nicholas Atwood*  -
                                          _____
                                          Nicholas Atwood