# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| MISSION AIR SUPPORT, INC.,  )  <br>  ) <br> Plaintiff,  ) <br>  ) Case No.: CIV-21-1034-D <br> v.  ) <br>  ) <br> KSNL AERO, LLC,  ) <br>  ) <br> Defendant.  ) | |

## ORDER

Plaintiff's Motion to Withdraw Plaintiff's Motion for Appointment of Receiver [Doc. No. 9] is GRANTED. Plaintiff's Motion to Appoint Receiver [Doc. No. 8] is STRICKEN as moot.

IT IS SO ORDERED this 24th day of November, 2021.

_____
TIMOTHY D. DeGIUSTI
Chief United States District Judge