202100010974
Filed for Record in
POTTAWATOMIE OKLAHOMA
RAESHEL FLEWALLEN, COUNTY CLERK
08-09-2021 At 02:46 pm.
LIEN          22.00
Instrument         PG    1 OF   2
202100010974

STATE OF OKLAHOMA          )
                          )       ss.
COUNTY OF POTTAWATOMIE     )

## PERSONAL PROPERTY LIEN STATEMENT

**KSNL Aero, LLC** ("KSNL"), whose mailing address is 2202 Airport Drive, Hangar 11, Shawnee, OK 74804, **hereby claims a lien**, pursuant to Okla. Stat. tit. 42, §§ 91 et seq. for storage, rental space, material, labor, or skill for the protection, improvement, safekeeping, towing, right to occupy space, storage or carriage thereof and for labor, money, material, or supplies for the production of, alteration, or repair of the following personal property:

| **Manufacturer** | **Model Number** | **Serial Number** | **Registration Number** |
|---|---|---|---|
| BEECH | 200 | BB-456 | N32TP |

The amount of labor, money, material, or supplies furnished for the production, alteration, or repair of said personal property was **$51,542.35**.  The storage, space, labor, money, material, skill, or supplies were furnished for **Mission Air Support Inc.** ("MASI"), whose mailing address is 1260 Trapper Circle, Roanoke, VA 24012 and **is the legal owner of the above aircraft**.  The persons furnishing the labor, money, material, or supplies were personnel of KSNL, and such labor, money, material, skill, or supplies were furnished and completed on _June 25, 2021_.  The labor, money, material, or supplies were furnished for MASI at the direction of Gary Bannister or his agent, Thomas Fields, with respect to the above referenced aircraft (the "Aircraft Work).  In connection with the Aircraft Work, KSNL has maintained and continues to maintain uninterrupted possession of the property located at 2202 Airport Drive, Hangar 11, Shawnee, OK 74804.

DATED this _15_ day of _July_, 2021.

KSNL AERO, LLC

By: _____
Name: Darrin K. Lofton
Title: President and Manager

_Return to:_
_Crowe & Dunlevy, P.C._
_Attn: Josh Burns_
_324 N. Robinson Ave, Suite 100_
_Oklahoma City, OK 73102_

## EXHIBIT 1

FILED WITH FAA
AIRCRAFT
REGISTRATION BR
2021 AUG 10 AM 8:19
OKLAHOMA CITY
OKLAHOMA

CLAIMANT'S AFFIDAVIT

Instrument          PG      2 OF    2
202100010974

STATE OF OKLAHOMA            )
                            )      ss.
COUNTY OF POTTAWATOMIE  )

    Darrin K. Lofton, of lawful age, being first duly sworn, upon oath states that I am the President and Manager of KSNL Aero, LLC; that I have read the foregoing lien statement; that I am familiar with the matters set forth therein; and that the same are true.

    Subscribed and sworn to before me this 15 day of July , 2021 , by Raegen Mazza .

Raeg Mazza
Notary Public

My Commission No.:   19001968
My Commission Expires: 02/25/2023
(SEAL)



Certified True Copy
08-09-2021 At 02:46 pm.
RAESHEL FLEWALLEN
COUNTY CLERK
POTTAWATOMIE OKLAHOMA

1734246.01

FILED WITH FAA
AIRCRAFT
REGISTRATION BR
2021 AUG 10 AM 8:19
OKLAHOMA CITY
OKLAHOMA