# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **MISSION AIR SUPPORT, INC.** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | **Case No.: 5:21-cv-01034-D** |
| ) | |
| **KSNL AERO, LLC,** ) | |
| ) | |
| **Defendant.** ) | |

## UNOPPOSED MOTION TO WITHDRAW

COMES NOW, Mr. Chase McBride of Ritchie, Rock, McBride & Atwood Law Firm for this Unopposed Motion to Withdraw and states as follows:

1) I am currently a co-attorney with Nicholas Atwood for the Plaintiff, Mission Air Support, Inc.
2) I will be changing law firms soon.
3) I have discussed my withdrawal from both my co-counsel and counsel for Defendant.
4) There are no objections to my withdrawal.
5) There are no deadlines or court dates currently set in this case.
6) Neither party will be prejudiced by my withdrawal and Mr. Atwood will remain in the case as the Lead Attorney.
7) LCvR83.5 had been followed.

WHEREFORE, Mr. McBride requests this Court to allow him to withdraw from his representation in this case.

Respectfully,

_s/ Chase McBride_____
Chase McBride, OBA #32061
Ritchie, Rock, McBride & Atwood Law Firm
P.O. Box 246
Pryor, OK 74362
Phone:  (918) 825-4558
Fax:      (918) 825-1623
E-Mail: CMcBride@RRMALaw.com
ATTORNEYS FOR PLAINTIFF

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 21, 2022, I electronically transmitted the attached document to the Clerk of the Court using eh ECF System for filing and a copy of this filing was transmitted to the following ECF participants:

| | |
|---|---|
| Joshua D. Burns | Nicholas Atwood, OBA #22052 |
| Margaret M. Sine | Ritchie, Rock, McBride & Atwood Law Firm |
| Crowe & Dunlevy, PC | P.O. Box 246 |
| 324 North Robinson Avenue, Suite 100 | Pryor, OK 74362 |
| Oklahoma City, OK 73102 | Phone:  (918) 825-4558 |
| joshua.buyrns@crowedunlevy.com | Fax:     (918) 825-1623 |
| meg.sine@crowedunlevy.com | E-Mail: NAtwood@RRMALaw.com |
| **Attorney for Defendant** | ATTORNEYS FOR PLAINTIFF |
| **KSNL Aero, LLC** | |

*s/ Chase McBride*_____
Chase McBride