# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| MISSION AIR SUPPORT, INC. | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) | CIV-21-1034-D |
| KSNL AERO, LLC, | ) ) ) ) | |
| Defendant. | ) | |

## ORDER

Before the Court is an Unopposed Motion for Leave to Withdraw [Doc. No. 14] filed on behalf of Chase McBride. Upon consideration, the Motion is GRANTED.

IT IS THEREFORE ORDERED that Chase McBride is withdrawn as counsel for Plaintiff, which will continue to be represented by other counsel of record.

**IT IS SO ORDERED** this 24th day of January, 2022.

_____
TIMOTHY D. DeGIUSTI
Chief United States District Judge

1