# IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| MISSION AIR SUPPORT, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v.  ) | Case No.: CIV-21-1034-D |
| ) | |
| KSNL AERO, LLC, ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF SUBPOENA TO PRODUCE AND
## PERMIT INSPECTION AND COPYING OF DOCUMENTS

TO: Counsel of Record

Please take notice that, pursuant to FED. R. CIV. P. 45, the subpoena attached as "Exhibit 1" will be served on Venture Air, Inc., c/o Thomas Fields, 5530 Cody Court, Arvada, CO 80002, to produce or permit inspection and copying of documents. Such production or copying will take place on or before March 1, 2022 at 5:00 P.M., at the offices of Davis Graham & Stubbs LLP, Attn: Chris Richardson, 1550 17th Street, Suite 500, Denver, CO 80202.

Respectfully submitted,

/s/ Joshua D. Burns
Joshua D. Burns, OBA # 32967
Margaret M. Sine, OBA # 34024
**CROWE & DUNLEVY, PC**
Braniff Building
324 N. Robinson Ave., Suite 100
Oklahoma City, Oklahoma 73102

Telephone: (405) 235-7700
Facsimile: (405) 239-6651
joshua.burns@crowedunlevy.com
meg.sine@crowedunlevy.com

**ATTORNEYS FOR DEFENDANT KSNL AERO, LLC**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on February 9, 2022, I electronically transmitted the above and foregoing instrument for filing and for transmittal of a Notice of Electronic Filing through the CM/ECF system to all ECF registrants in this case as follows:

Nicholas Atwood, natwood@rrmalaw.com

**Counsel for Plaintiff**

/s/ Joshua D. Burns
Joshua D. Burns