# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| MISSION AIR SUPPORT, INC., )<br>)<br>)<br>  Plaintiff, )<br>)<br>v. ) Case No.: CIV-21-1034-D<br>)<br>KSNL AERO, LLC, )<br>)<br>)<br>  Defendant. ) | |

## PLAINTIFF'S REPLY TO DEFENDANT'S KSNL RESPONSE TO PLAINTIFF'S MOTION FOR ENTRY OF PROTECTIVE ORDER

Plaintiff, Mission Air Support, Inc. (hereinafter "MAS") hereby replies to the Defendant, KSNL Aero, LLC, Response to the Plaintiff's Motion for Entry of Protective Order and states the following:

1. Plaintiff's counsel prematurely caused for filing the Motion for Entry of Protective Order, filed on February 15, 2022, in the underlining action, prior to the Defendant's counsel receiving a copy of the proposed motion and corresponding draft protective order for their review. This error was made inadvertently and was not an attempt to mislead the Court.

WHEREFORE, MAS respectfully requests that the Court strike the Motion for Protective Order.

**Ritchie Rock & Atwood**

*s/ Nicholas Atwood*    -
_____
Nicholas Atwood, OBA No. 22052
Post Office Box 246

1

                                                  Pryor, OK 74362
                                                  (888) 848-4558
                                                  natwood@rrmalaw.com
                                                  **Attorney for Plaintiff**
                                                  **Mission Air Support, Inc.**

### <u>CERTIFICATE OF SERVICE</u>

      I hereby certify that on February 15, 2022, I electronically transmitted the attached document to the Clerk of the Court using eh ECF System for filing and a copy of this filing was transmitted to the following ECF participants:

Joshua D. Burns
Margaret M. Sine
Crowe & Dunlevy, PC
324 North Robinson Avenue, Suite 100
Oklahoma City, OK 73102
joshua.buyrns@crowedunlevy.com
meg.sine@crowedunlevy.com
**Attorney for Defendant**
**KSNL Aero, LLC**

                                                  *s/ Nicholas Atwood*   -
                                                  _____
                                                Nicholas Atwood