### IN THE UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| MISSION AIR SUPPORT, INC. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIV-21-1034-D |
| | ) | |
| KSNL AERO, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

### ORDER

Before the Court is Plaintiff's Motion for Protective Order [Doc. No. 18]. Plaintiff represents in the motion that a copy of the proposed Protective Order was circulated to and approved by Defendant. However, Defendant/Counterclaim Plaintiff KSNL Aero, LLC's Response [Doc. No. 19] indicates that it never received, much less approved, a copy of the proposed Protective Order. In its Reply [Doc. No. 20], Plaintiff concedes that it "prematurely" filed the motion and that this error was made "inadvertently."

Accordingly, Plaintiff's Motion for Protective Order [Doc. No. 18] is DENIED as moot. Given the circumstances outlined above, the Court is compelled to remind Plaintiff's counsel of his obligation under Fed. R. Civ. P. 11(b) to ensure that any representations to the Court have the appropriate legal and factual support.

**IT IS SO ORDERED** this 16th day of February, 2022.

TIMOTHY D. DeGIUSTI
Chief United States District Judge