IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| MISSION AIR SUPPORT, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No.: CIV-21-1034-D |
| | ) |
| KSNL AERO, LLC, | ) |
| | ) |
| Defendant. | ) |

**PLAINTIFF'S MOTION FOR ENTRY OF PROTECTIVE ORDER**

Plaintiff, Mission Air Support, Inc., (hereinafter "MAS"), hereby requests that the Court approve and enter the proposed protective order submitted contemporaneously with the filing of this Motion. In support of its Motion, MAS shows and alleges as follows:

1. Certain confidential records and information will be exchanged during discovery which included, but not limited to, contractual agreements or any other documents which contain private, proprietary, confidential and/or financial information and which are designated by either the Plaintiff or Defendant in this matter.

2. Counsel for MAS has circulated a draft of the Plaintiff's Motion for Entry of Protective Order and proposed protective order to counsel for KSNL AERO, LLC (hereinafter "KSNL"). The draft proposed order circulated at the time was identical to the proposed order submitted contemporaneously with this Motion for Protective Order.

3. Counsel for Defendant, KSNL, advised KSNL does not oppose the filing/submission of the draft motion and order prepared by counsel for MAS.

1

WHEREFORE, Plaintiff, Mission Air Support, Inc., respectfully requests that the Court approve and enter the protective order submitted contemporaneously with this Motion.

        **Ritchie Rock & Atwood**

        *s/ Nicholas Atwood*    -
        _____
        Nicholas Atwood, OBA No. 22052
        21 North Vann Street
        Post Office Box 246
        Pryor, OK 74362
        (888) 848-4558
        natwood@rrmalaw.com
        **Attorney for Plaintiff**
        **Mission Air Support, Inc.**

## CERTIFICATE OF SERVICE

I hereby certify that on February 22, 2022, I electronically transmitted the attached document to the Clerk of the Court using eh ECF System for filing and a copy of this filing was transmitted to the following ECF participants:

Joshua D. Burns
Margaret M. Sine
Crowe & Dunlevy, PC
324 North Robinson Avenue, Suite 100
Oklahoma City, OK 73102
joshua.buyrns@crowedunlevy.com
meg.sine@crowedunlevy.com
**Attorney for Defendant**
**KSNL Aero, LLC**

        *s/ Nicholas Atwood*    -
        _____
        Nicholas Atwood

2