```
202200001359
Filed for Record in
POTTAWATOMIE OKLAHOMA
RAESHEL FLEWALLEN, COUNTY CLERK
02-01-2022 At 11:48 am.
LIEN                      22.00
Instrument       PG    1 OF   2
202200001359
```

STATE OF OKLAHOMA )
) ss.
COUNTY OF POTTAWATOMIE )

## PERSONAL PROPERTY LIEN STATEMENT

KSNL Aero, LLC ("KSNL"), whose mailing address is 2202 Airport Drive, Hangar 11, Shawnee, OK 74804, **hereby claims a lien**, pursuant to Okla. Stat. tit. 42, §§ 91 et seq. for storage, rental space, material, labor, or skill for the protection, improvement, safekeeping, towing, right to occupy space, storage or carriage thereof and for labor, money, material, or supplies for the production of, alteration, or repair of the following personal property:

| Manufacturer | Model Number | Serial Number | Registration Number |
|---|---|---|---|
| BEECH | 200 | BB-456 | N32TP |

The amount of labor, money, material, or supplies furnished for the production, alteration, or repair of said personal property is **$137,935.28**. The storage, space, labor, money, material, skill, or supplies were furnished for **Mission Air Support Inc.**, whose mailing address is 1260 Trapper Circle, Roanoke, VA 24012, and who **is the legal owner of the above aircraft**. The persons furnishing the labor, money, material, or supplies were personnel of KSNL, and such labor, money, material, skill, or supplies were furnished within the last 120 days, and continue to be furnished. The labor, money, material, or supplies were furnished for Mission Air Support, Inc. at the direction of Gary Bannister or his agent, Thomas Fields, with respect to the above referenced aircraft (the "Aircraft Work"). In connection with the Aircraft Work, KSNL has maintained and continues to maintain uninterrupted possession of the property located at 2202 Airport Drive, Hangar 11, Shawnee, OK 74804.

DATED this 27 day of Jan, 2022.

KSNL AERO, LLC

By: _R. Franklin Ford Jr._
Name: R. Franklin Ford, Jr.
Title: CEO and Manager



EXHIBIT "C"

Instrument ——— PG   2 OF   2
202200001359

## CLAIMANT'S AFFIDAVIT

STATE OF HAWAII          )
                         ) ss.
COUNTY OF MAUI           )

R. Franklin Ford, Jr., of lawful age, being first duly sworn, upon oath states that I am the CEO and Manager of KSNL Aero, LLC; that I have read the foregoing lien statement; that I am familiar with the matters set forth therein; and that the same are true.

*R. Flin Ford Jr.*

Subscribed and sworn to before me this 27 day of January, 2022, by R. Franklin Ford, Jr.

My Commission No.: 98-624
My Commission Expires: _____
(SEAL)

Notary Public
Catherine T. DePetrillo
My commission expires 11/30/2022





Doc. Date: 1/27/2022   # Pages: 2
Notary Name: Catherine T. DePetrillo   Second Circuit
Doc. Description: Personal Property Lien Statement

Notary Signature   Date: 1/27/2022
Catherine T. DePetrillo
My commission expires 11/30/2022

Return to:
Crowe & Dunlevy P.C.
Attn: Joshua Burns
324 N. Robinson Ave. Ste. 100
Oklahoma City, OK 73102

