# FAA Filed Complaint Report # FHIS-0046386 (ref KSNL Aero)

In early May 2021 our company (Mission Air Support), had (2) of our Beechcraft King Air 200 aircraft (N970KR & N32TP), flown from (CXO), Conroe TX to the Shawnee Regional Airport (SNL), where the aircraft were delivered to KSNL Aero for overhaul maintenance (Phase 1 thru 4), to prepare the aircraft for a 14 CFR Part 135 Conformity Check, and to complete all inspections and repairs required by the FAA to place the aircraft on a 135 Certificate.  On June 28, 2020, our company's Sales Office was in copy of an e-mail notice from Mr. Darrin Lofton, identifying himself as the Business Owner of KSNL Aero, stating that KSNL Aero was in need of payment for the work completed on N970KR, and that KSNL was also in need of an Authorized Agent Letter from our company.  The rep from KSNL Aero continued the message adding that they (KSNL Aero), had followed verbal and texting instructions in detail by completing every inspection necessary to place the aircraft on a 14CFR Part 135 Certificate.  This prompted our company to research the work and authorization for work that KSNL asserted had been done and completed on our company's aircraft (970KR).  KSNL Aero could not (and has not to date), produce any contracts, letters of authorization, or signed agreements between our two companies, and continued to insist they be compensated for the work they asserted their company (KSNL Aero), had completed on the aircraft (970KR), or they would not release the aircraft.  In addition, KSNL Aero informed our company they would be assessing daily storage fees against the aircraft that would date back several months.  As our company looked to work through the many issues and questions we had regarding the stated maintenance performed on the aircraft, we became increasingly concerned and alarmed by such behavior and business practices, concerns for the accounting and lack of identification of proper authorization, lack of notice of costs, as well as the exorbitant rate of storage fees that had been assessed against the aircraft, and their (KSNL Aero's), refusal to release the aircraft.  This prompted our company to work hurriedly to get our aircraft released from KSNL Aero's facility and seek an independent review of our aircraft from a separate Part 145 Certified Repair Station.  We took action and paid all invoices claimed by KSNL Aero against 970KR, and on August 12, 2021, had the aircraft moved to the care, inspection, and under the control of Red Cloud Aviation, who's repair facility is also located at the Shawnee Regional Airport (SNL).  On the 14th of August Red Cloud Aviation provided an initial inspection report noting the following concerns and discrepancies: "The following list has been identified as deficiencies in the condition of your King Air, this is a non-invasive inspection at this point consisting of opening engine cowlings and avionics bays, as well as low power and high-power engine runs.

1. Service Bulletin status is in question since we do not have them to verify completion of the applicable bulletins to a Part 135 operation.

2. Primary logs are adequate regarding airframe, engine and propeller for a viewing by a potential customer, however there are some AD list inconsistencies with reference to recurring AD's and life limited parts that are referenced as "almost" and "over" which give vague indications.

3. The biggest concern is the life limited parts list which is required by 135 and has been found to be deficient in that the list states many items to have been changed, however the logs do not support that.  The biggest to jump out at us is the landing gear.  It is shown on the new list to have been changed 22Aug2019 at 10,308 cycles, however when you reference the past logbook entry matching that date by Primary Flight Maintenance, it states the NSLG, LHLG and RHLG assemblies to include each drag brace was only inspected and lubricated, not removed and overhauled or exchanged.  Upon further research it was found that on 1 Sep 2017 the nose and main gear decals were replaced with new by Trim Aire Aviation which alludes to why there are no serial numbers or data of any kind on the gear strut assemblies.  These facts clearly show the life limited component list is incorrect and would be grounds for immediate 135 grounding.  Corrective action would be compiling a new life limit component list with the logs available.

4. Nose strut is leaking and showing fluid residue running down the strut shaft.

5. Nose wheel well as well as nose gear grimy and uncleaned, old grease evident throughout.

6. Nose gear wheel bearings show dirt in grease and no indication of servicing.


EXHIBIT "D"

## FAA Filed Complaint Report # FHIS-0046386 (ref KSNL Aero)

7. A/C service ports not capped and showing oil in the fittings.

8. Nose gear assembly has no serial number data affixed.

9. Main gear assemblies have no serial number data affixed.

10. Brake assemblies are dirty no indication of servicing, but function correctly.

11. Screws missing and screws loose in main gear wheel wells.

12. Left engine accessory gearbox vent tube adel clamp metal chaffing on tube, no rubber sleave.

13. Left engine control cannon plugs on left and right side of engine not safety wired for security.

14. Left engine fuel pressure transducer loose in adel clamp.

15. Right engine starter/generator cooling duct installed incorrectly.

16. Right engine control cannon plugs on left and right side of engine not safety wired for security.

17. Flap tracks and rollers dry and not lubricated for extended period.

18. Engine bay drain hoses not connected, hoses old and brittle.

19. Left de-ice boot repaired in two places with Pro-seal, which is normally for fuel tanks.

20. Left deice boot anti chafe tape peeling off leading edge.

21. Left outer wing inspection light lens on nacelle melted.

22. Right wing tip Nav/Strobe light lens melted and deformed.

23. Corrosion on multiple places to include under copilot window and wheel wells painted over.

24. Nose gear doors have large areas of paint missing on outer skin.

25. Rudder lower hinge cove skin left side deformed from suspected over swing, nose wheel well extension indicator verified no excess movement by towing, needs rudder horn and associated hardware checked for condition.

During the engine run phase of the inspection the following items of concern were found, each one was verified by a second attempt if it did not put the engine or prop at risk for exceedance of any limitation.

1. Right engine oil pressure indicates below the green arc in all power settings.

2. Oil temperature's are high at idle and at power with an ambient temp of 85 degrees.

3. Propeller control levers are a full knob width out of line with each other, right is aft.

4. Right engine is slow to spool when increasing power lever compared to left engine.

# FAA Filed Complaint Report # FHIS-0046386 (ref KSNL Aero)

5.  Right engine power lever must be ¾ to 1 knob width further advanced than the left engine power lever to match engine power settings.

6.  During rudder boost prop governor test the required speed for propeller is 1830-1910rpm, the left engine will only get to 1780rpm, and the right engine to 1820rpm, precluding completion of the test or verification of correct operation, don't feel as though the rudder boost was functioning however without making propeller speed that is an unknown.

7.  Cabin pressurization test is very slow to react, suggest troubleshooting to determine if it is a outflow valve or bleed air problem or just the controller or a leaky cabin.

8.  Garmin fuel flow indication were not updating on the screens to show actual fuel quantity.

9.  A/C seems to have a initial cool moment but fails to continue to cool after a few seconds, needs troubleshooting and service.

These findings give the initial indication that the propeller governor's and overspeed governors are not set and rigged properly, fuel flows are approximately 250 lbs per hour off between engines. These conditions would not be acceptable to pilot nor maintenance for release on a mission flight. I would recommend an engine control rig initially to get the engine controls synced for safe operation and not put a pilot, crew or the aircraft, at risk for an over temp or over torque due to mismatched controls".

These findings are just the initial ones, as more concerns have developed over the past several days while working with Red Cloud Aviation who has been able to dedicate more time on their evaluation and inspections.  We have grave concerns over the maintenance and business practices, as well as concerns for safety of flight that we have seen unfold with KSNL Aero, from what we've experienced with our 970KR aircraft.  These experiences have heightened our concerns and gives caution as to our second aircraft (N32TP), that is still under the control and in the possession of KSNL Aero.  Our company ask the FAA to investigate these matters and look into KSNL Aero's business and maintenance practices that appear to lack the required levels of compliance as outlined in the CFRs and may also show a disregard for lack of attention to detail for safety of flight areas as well.  I will add further details as they come available, as Red Cloud Aviation completes and finalizes a more detailed inspection of our aircraft in addition to the initial findings already provided here.

Colon Miller
Vice President Business Development & Strategy
Mission Air Support
Cell 713 298 7724
E-mail colon@missionairsupport.com