## UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| MISSION AIR SUPPORT, INC. | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No.: CIV-21-1034-D |
| v. | ) |
| | ) |
| KSNL AERO, LLC, | ) |
| | ) |
| Defendant. | ) |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff, Mission Air Support, Inc., ("MAS") hereby disclose the following to the Court: MAS is not a publicly traded company and does not have a parent corporation. No publicly held corporation owns 10% or more of MAS.

**Ritchie Rock & Atwood**

*s/ Nicholas Atwood*

_____
Nicholas Atwood, OBA No. 22052
Post Office Box 246
Pryor, OK 74362
(888) 848-4558
natwood@rrmalaw.com
**Attorney for Plaintiff**
**Mission Air Support, Inc.**

## **CERTIFICATE OF SERVICE**

   I hereby certify that on April 18, 2022, I electronically transmitted the attached document to the Clerk of the Court using eh ECF System for filing and a copy of this filing was transmitted to the following ECF participants:

Joshua D. Burns
Margaret M. Sine
Crowe & Dunlevy, PC
324 North Robinson Avenue, Suite 100
Oklahoma City, OK 73102
joshua.burns@crowedunlevy.com
meg.sine@crowedunlevy.com
**Attorneys for Defendant**
**KSNL Aero, LLC**

               *s/ Nicholas Atwood*

               _____
               Nicholas Atwood