# EXHIBIT 2

# DISCLAIMER

MANUFACTURER:      Beech
MODEL:             200
SERIAL NUMBER:     BB-454
REGISTRATION NUMBER:   970KR

The undersigned party hereby disclaims their purported rights, title, or interest in and to the above-described aircraft as it pertains to

Unrecorded Personal Property Lien dated dated 7-15-21, filed 7-20-21 AGAINST Mission Air Support Inc and In favor of KSNL Aero LLC

Unrecorded Personal Property Lien dated dated 7-15-21, filed 8-10-21 AGAINST Mission Air Support Inc and In favor of KSNL Aero LLC

Dated this _____ day of _____, 2021

KSNL Aero LLC

*Darrin Lofton*
DocuSigned by:
11954811C0F7418...

Darrin Lofton, Manager