# EXHIBIT 3

202200001359
Filed for Record in
POTTAWATOMIE OKLAHOMA
RAESHEL FLEWALLEN, COUNTY CLERK
02-01-2022 At 11:48 am.
LIEN           22.00
   Instrument      PG    1 OF  2
202200001359

STATE OF OKLAHOMA     )
    )   ss.
COUNTY OF POTTAWATOMIE   )

## PERSONAL PROPERTY LIEN STATEMENT

KSNL Aero, LLC ("KSNL"), whose mailing address is 2202 Airport Drive, Hangar 11, Shawnee, OK 74804, **hereby claims a lien**, pursuant to Okla. Stat. tit. 42, §§ 91 et seq. for storage, rental space, material, labor, or skill for the protection, improvement, safekeeping, towing, right to occupy space, storage or carriage thereof and for labor, money, material, or supplies for the production of, alteration, or repair of the following personal property:

| Manufacturer | Model Number | Serial Number | Registration Number |
|---|---|---|---|
| BEECH | 200 | BB-456 | N32TP |

The amount of labor, money, material, or supplies furnished for the production, alteration, or repair of said personal property is **$137,935.28**. The storage, space, labor, money, material, skill, or supplies were furnished for **Mission Air Support Inc.**, whose mailing address is 1260 Trapper Circle, Roanoke, VA 24012, and who **is the legal owner of the above aircraft**. The persons furnishing the labor, money, material, or supplies were personnel of KSNL, and such labor, money, material, skill, or supplies were furnished within the last 120 days, and continue to be furnished. The labor, money, material, or supplies were furnished for Mission Air Support, Inc. at the direction of Gary Bannister or his agent, Thomas Fields, with respect to the above referenced aircraft (the "Aircraft Work"). In connection with the Aircraft Work, KSNL has maintained and continues to maintain uninterrupted possession of the property located at 2202 Airport Drive, Hangar 11, Shawnee, OK 74804.

DATED this **27** day of **Jan**, 2022.

KSNL AERO, LLC

By: _____

Name: R. Franklin Ford, Jr.
Title: CEO and Manager

FILED WITH FAA
AIRCRAFT
REGISTRATION BR

2022 FEB -2 AM 10: 54

OKLAHOMA CITY
OKLAHOMA

## CLAIMANT'S AFFIDAVIT

STATE OF HAWAII          )
                        )    ss.
COUNTY OF MAUI          )

    R. Franklin Ford, Jr., of lawful age, being first duly sworn, upon oath states that I am the CEO and Manager of KSNL Aero, LLC; that I have read the foregoing lien statement; that I am familiar with the matters set forth therein; and that the same are true.

    Subscribed and sworn to before me this **27** day of **January**, **2022**, by
R Franklin Ford JR.

Notary Public

My Commission No.: **98-624**
My Commission Expires: _____    Catherine T. DePetrillo
(SEAL)                    My commission expires 11/30/2022

Catherine T. DePetrillo
NOTARY PUBLIC
COMMISSION
No.98-624
STATE OF HAWAII



Catherine T. DePetrillo
NOTARY PUBLIC
COMMISSION
No.98-624
STATE OF HAWAII

Doc. Date: 1/27/2022      # Pages: 2
Notary Name: Catherine T. DePetrillo   Second Circuit
Doc. Description: Personal Property Lien Statement

Notary Signature                    Date 1/27/2022
Catherine T. DePetrillo
My commission expires 11/30/2022

FILED WITH FAA
AIRCRAFT
REGISTRATION BR
2022 FEB -2 AM 10: 54
OKLAHOMA CITY
OKLAHOMA