IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

MISSION AIR SUPPORT INC., )
)
)
)
)
Plaintiff(s), )
)
v. ) Case No. CIV-21-1034-D
KSNL AERO, LLC, )
)
)
)
)
Defendant(s) )

## ENTRY OF APPEARANCE

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for:

Plaintiff, Mission Air Support, Inc.
(Plaintiff/Defendant)    (Name of Party)

I certify that I am admitted to practice in this court and am registered to file documents electronically with this court.

s/ Amy D. White, OBA #19255        June 23, 2022
Signature                          Date

Amy D. White, OBA #19255
Print Name

Phillips Murrah P.C.
Firm

101 N. Robinson, 13th Floor
Address

Oklahoma City,        OK        73102
City                  State     Zip Code

(405) 235-4100
Telephone

adwhite@phillipsmurrah.com
Internet E-mail Address

Criminal Cases Only:

☐ Retained or USA

☐ CJA Appointment

☐ Federal Public Defender

☐ Pro Bono

☐ CJA Training Panel

REVISED 05/14/18

*Certificate of Service*

☑ I hereby certify that on June 23, 2022, I electronically transmitted the attached document to the Clerk of Court using the Electronic Case Filing System for filing. Based on the records currently on file in this case, the Clerk of Court will transmit a Notice of Electronic Filing to those registered participants of the ECF System.

☐ I hereby certify that on _____, I filed the attached document with the Clerk of the Court and served the attached document by _____ on the following, who are not registered participants of the ECF System:

ul Amy D. White, OBA #19255
s/ Attorney Name