# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| MISSION AIR SUPPORT, INC., | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No.: CIV-21-1034-D ) |
| KSNL AERO, LLC, | ) ) |
| Defendant. | ) |

## MOTION FOR ADMISSION *PRO HAC VICE* OF H. DAVID GIBSON

Plaintiff Mission Air Support, Inc. ("Mission Air"), by and through its undersigned attorney, Amy D. White, of the firm Phillips Murrah P.C. of Oklahoma City, Oklahoma, pursuant to Western District Local CV Rule 83.2(g) and 83.3, moves the Court to admit H. David Gibson of the law firm of Gentry Locke to practice *Pro Hac Vice* for the duration of this case. In support of this Motion, Mission Air states as follows:

1. Amy D. White, of Phillips Murrah P.C., 101 N. Robinson, Corporate Tower, 13th Floor, Oklahoma City, Oklahoma 73102, is counsel in Oklahoma for Plaintiff in the above-captioned matter and will continue to represent Plaintiff in conjunction with Mr. Gibson.

2. Amy D. White is a resident of the State of Oklahoma, is duly admitted to practice in all Oklahoma courts, and is a member in good standing of the U.S. District Court for the Western District of Oklahoma, where she routinely practices.

3. H. David Gibson is a member in good standing of the United States District Courts for the Western and Eastern Districts of Virginia, the United States Bankruptcy

Court for the Western District of Virginia, the Supreme Court of Virginia, and the Fourth Circuit Court of Appeals; further his license has never been suspended or revoked.

4. H. David Gibson's address, telephone number, and email address is:

> H. David Gibson
> **GENTRY LOCKE**
> 10 Franklin Road, S.E., Suite 900
> Roanoke, Virginia  24011
> Telephone: (540) 983-9353
> Gibson@gentrylocke.com

5. H. David Gibson does not reside in the Western District of Oklahoma, is not regularly employed in this district, and is not regularly engaged in the practice of law in this district.

6. As required by LCvR 83.2(g), attached to this Motion as Exhibit "1" is the Request for Admission *Pro Hac Vice* form completed and signed by H. David Gibson.

WHEREFORE, premises considered, Mission Air Support, Inc. respectfully requests that this Court allow H. David Gibson to appear *Pro Hac Vice* on its behalf throughout the duration of this case.

> Respectfully submitted,
>
> */s/ Amy D. White*
> Amy D. White, OBA #19255
> **PHILLIPS MURRAH P.C.**
> Corporate Tower, Thirteenth Floor
> 101 North Robinson Avenue
> Oklahoma City, Oklahoma 73102
> Telephone: (405) 235-4100
> Facsimile:  (405) 235-4133
> *adwhite@phillipsmurrah.com*
> ***Attorney for Mission Air Support, Inc.***

## CERTIFICATE OF SERVICE

  I hereby certify on this 28th day of June 2022, I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to all those registered within the ECF System.

  Joshua D. Burns, OBA # 32967
  Margaret M. Sine, OBA # 34024
  **CROWE & DUNLEVY, PC**
  324 North Robinson Avenue, Suite 100
  Oklahoma City, OK  73102
  joshua.buyrns@crowedunlevy.com
  meg.sine@crowedunlevy.com
  *Attorneys for Defendant*
  *KSNL Aero, LLC*


                */s/ Amy D. White*