UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

MISSION AIR SUPPORT, INC., )
)
)
)
vs.                          Plaintiff(s)    )   Case No. _CIV-21-1036-D_
KSNL AERO, LLC,              )
)
)
)
Defendant(s)    )

## REQUEST FOR ADMISSION PRO HAC VICE

I hereby request admission to the Bar of this Court PRO HAC VICE in support of which I represent that the answers to the following questions are complete, true and correct:

1.  Full name: __H. David Gibson__

2.  State bar membership number: ___Virginia State Bar No. 40641___

3.  Business address, telephone and fax numbers:
    GENTRY LOCKE / 10 Franklin Road, S.E., Suite 900 Roanoke, Virginia  24011
    Phone: (540) 983-9353
    Fax: (540) 983-9400

4.  List all state and federal courts or bar associations in which you are a member "in good standing" to practice law:
    U.S. District Courts for Western and Eastern District of Virginia
    U.S. Bankruptcy Court for Western District of Virginia
    Supreme Court of Virginia   /   Fourth Circuit Court of Appeals

5.  Have you been denied admission, disbarred, suspended from practice, reprimanded, denied "in good standing" status, or otherwise disciplined by any court, bar association, grievance committee or administrative body?   ☐ Yes   ☒ No

6.  Have any proceedings which could lead to any such disciplinary action been instituted against you in any such bodies?   ☐ Yes   ☒ No
    (Please attach a statement explaining any "YES" answers to questions 5 or 6.)

7.  Are you familiar with the Federal Rules of Evidence, the Federal Rules of Civil or Criminal Procedure (as applicable to this case) and the local rules of this court?   ☒ Yes   ☐ No

A check for $50 should be made payable to the U.S. District Court Clerk.
    (United States Government Attorneys are exempted from paying this fee.)

DATED this __16th__ day of __June, 2022__

_____
Signature of Applicant

005/rvsd 06-04

**EXHIBIT 1**