IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| MISSION AIR SUPPORT, INC., | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Case No.: CIV-21-1034-D |
| KSNL AERO, LLC, | ) ) ) |
| Defendant. | ) ) |

**ORDER**

Before the Court is Plaintiff's Motion for Admission *Pro Hac Vice* of H. David Gibson [Doc. No. 37]. The motion is **GRANTED**, provided counsel files an entry of appearance consistent with LCvR 83.4.[1]

**IT IS SO ORDERED** this 29th day of June, 2022.

_____
TIMOTHY D. DeGIUSTI
Chief United States District Judge

---

[1] See https://www.okwd.uscourts.gov/wp-content/uploads/PDF_A-OKWD_Admitted_Attorneys_Electronic_Filing_Registration.pdf for guidance on linking counsel's individual Pacer account with the Court.