IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

MISSION AIR SUPPORT, INC. )
)
)
)
Plaintiff(s), )
)
v. )  Case No. CIV-21-1034-D
KSNL AERO, LLC )
)
)
)
Defendant(s) )

## ENTRY OF APPEARANCE

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for:

Plaintiff , Mission Air Support, Inc. .
(Plaintiff/Defendant) (Name of Party)

I certify that I am admitted to practice in this court and am registered to file documents electronically with this court.

S/ H. David Gibson          7/5/22
Signature                   Date

H. David Gibson
Print Name

GENTRY LOCKE
Firm

P.O. Box 40013
Address

Roanoke          Virginia          24022-0013
City             State             Zip Code

540-983-9300
Telephone

gibson@gentrylocke.com
Internet E-mail Address

Criminal Cases Only:

☐ Retained or USA

☐ CJA Appointment

☐ Federal Public Defender

☐ Pro Bono

☐ CJA Training Panel

REVISED 05/14/18

Certificate of Service

☑ I hereby certify that on July 5, 2022, I electronically transmitted the attached document to the Clerk of Court using the Electronic Case Filing System for filing. Based on the records currently on file in this case, the Clerk of Court will transmit a Notice of Electronic Filing to those registered participants of the ECF System.

☐ I hereby certify that on _____, I filed the attached document with the Clerk of the Court and served the attached document by _____ on the following, who are not registered participants of the ECF System:

s/ H. David Gibson
s/ Attorney Name