IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

MISSION AIR SUPPORT INC.,
                    Plaintiff(s),

v.                                                    Case No. CIV-21-1034-D

KSNL AERO, LLC,
                    Defendant(s)

## ENTRY OF APPEARANCE

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for:

Plaintiff, Mission Air Support, Inc.
(Plaintiff/Defendant)   (Name of Party)

I certify that I am admitted to practice in this court and am registered to file documents electronically with this court.

s/ Heath W. Garwood, OBA #34266          August 19, 2022
Signature                                                        Date

Heath W. Garwood, OBA #34266
Print Name

Criminal Cases Only:

Phillips Murrah P.C.
Firm

☐ Retained or USA

101 N. Robinson, 13th Floor
Address

☐ CJA Appointment

Oklahoma City,           OK           73102
City                     State        Zip Code

☐ Federal Public Defender

(405) 235-4100
Telephone

☐ Pro Bono

☐ CJA Training Panel

hwgarwood@phillipsmurrah.com
Internet E-mail Address

REVISED 05/14/18

## *Certificate of Service*

☑ I hereby certify that on August 19, 2022, I electronically transmitted the attached document to the Clerk of Court using the Electronic Case Filing System for filing. Based on the records currently on file in this case, the Clerk of Court will transmit a Notice of Electronic Filing to those registered participants of the ECF System.

☐ I hereby certify that on _____, I filed the attached document with the Clerk of the Court and served the attached document by _____ on the following, who are not registered participants of the ECF System:

ul Heath W. Garwood, OBA #34266
s/ Attorney Name