### IN THE UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| MISSION AIR SUPPORT, INC.,  )<br>  )<br>  Plaintiff,  )<br>  )<br>v.  )  Case No.: CIV-21-1034-D<br>  )<br>KSNL AERO, LLC,  )<br>  )<br>  Defendant.  ) | |

## JOINT APPLICATION FOR STAY OF SCHEDULING ORDER DEADLINES

Plaintiff Mission Air Support, Inc. ("Plaintiff") and Defendant KSNL Aero, LLC ("Defendant") (collectively, the "Parties"), respectfully request the entry of an order staying all unexpired deadlines provided by the Scheduling Order entered in this case, pending the completion of a Judicial Settlement Conference. In support thereof, the Parties hereby state as follows:

1. On October 15, 2021, Plaintiff filed a civil action against Defendant in the District Court of Pottawatomie County, State of Oklahoma, captioned *Mission Air Support, Inc. v. KSNL Aero, LLC*, Pottawatomie County Case No. CJ-2021-306.

2. On October 21, 2021, the civil action was removed to the United States District Court for the Western District of Oklahoma [Dkt. No. 1].

3. On April 20, 2022, the Court entered its Scheduling Order [Dkt. No. 31], which sets, *inter alia*, a trial date of January 10, 2023.

4. Counsel for the Parties have discussed the matter and believe that it would be in the best interests of the Parties and justice if the Court, pursuant to Local Rule 16.2,

would set a settlement conference to by conducted by a United States Magistrate Judge in the Western District of Oklahoma. Counsel for the Parties also believe that such a conference could potentially save a significant amount of time and expense for the Court, counsel and the Parties if settlement can be achieved. Thus, on August 31, 2022, the Parties filed a Joint Application for Judicial Settlement Conference, seeking the entry of an order setting a judicial settlement conference between the Parties, pursuant to Local Rule 16.2 [Dkt. No. 41].

5. Accordingly, the Parties also seek an order staying all unexpired deadlines in the current Scheduling Order, pending the Parties' participation in the requested judicial settlement conference.

6. Counsel for the Parties believe the stay of all pending deadlines until the conclusion of the judicial settlement conference could potentially save a significant amount of time and expense for the Court, counsel and the Parties if settlement can be achieved.

WHEREFORE, the Parties jointly request that this Court enter an Order staying all unexpired deadlines as provided for in the Scheduling Order entered by this Court on April 20, 2022.

                          Respectfully submitted,

                          */s/ Amy D. White*
                          Amy D. White, OBA No. 19255
                          Heath W. Garwood, OBA No. 34266
                          **PHILLIPS MURRAH P.C.**
                          Corporate Tower, Thirteenth Floor
                          101 North Robinson Avenue
                          Oklahoma City, Oklahoma 73102
                          Telephone: (405) 235-4100
                          Facsimile:  (405) 235-4133

*adwhite@phillipsmurrah.com*
*hwgarwood@phillipsmurrah.com*

H. David Gibson *(admitted pro hac vice)*
**GENTRY LOCKE**
10 Franklin Road, S.E., Suite 900
Roanoke, Virginia 24011
Telephone: (540) 983-9353
Facsimile: (540) 983-9400
*gibson@gentrylocke.com*

***Attorneys for Mission Air Support, Inc.***

*/s/ Joshua D. Burns*
Joshua D. Burns, OBA # 32967
Margaret M. Sine, OBA # 34024
**CROWE & DUNLEVY, PC**
324 North Robinson Avenue, Suite 100
Oklahoma City, OK 73102
*joshua.burns@crowedunlevy.com*
*meg.sine@crowedunlevy.com*

***Attorneys for Defendant***

3