IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| MISSION AIR SUPPORT, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.: CIV-21-1034-D |
| | ) | |
| KSNL AERO, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Upon consideration, the Parties' Joint Application for Stay of Scheduling Order Deadlines [Doc. No. 42] is **GRANTED**. All unexpired deadlines provided by the current Scheduling Order [Doc. No. 31] are stayed pending the completion of a Judicial Settlement Conference. If this matter is not resolved at the settlement conference, all unexpired pretrial filing deadlines shall commence 30 days after the completion of the settlement conference, and proceed as set out in the original Scheduling Order.

**IT IS SO ORDERED** this 1st day of September, 2022.

TIMOTHY D. DeGIUSTI
Chief United States District Judge