# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| MISSION AIR SUPPORT, INC., | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No.: CIV-21-1034-D ) |
| KSNL AERO, LLC, | ) ) |
| Defendant. | ) ) |

## ORDER

Upon consideration, the Joint Application for Judicial Settlement Conference [Doc. No. 41] is **GRANTED**.

**IT IS THEREFORE ORDERED** that this case shall be assigned to a United States Magistrate Judge for the Western District of Oklahoma for the purpose of conducting a judicial settlement conference pursuant to LCvR16.2.

**IT IS SO ORDERED** this 12th day of September, 2022.

_____
TIMOTHY D. DeGIUSTI
Chief United States District Judge