# IN THE UNITED STATES DISTRICT COURT FOR THE

# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **MISSION AIR SUPPORT, INC.,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Case No. CIV-21-1034-D |
| | ) |
| **KSNL AERO, LLC,** | ) |
| | ) |
| **Defendant,** | ) |

**ENTER ORDER:**

The settlement conference was held on Monday, November 28, 2022, before Magistrate Judge Amanda Maxfield Green. Harold Gibson and Amy White appeared as trial counsel for Plaintiff. Joshua Burns and Margaret Sine appeared as trial counsel for Defendant.

   X      The case did settle.

By direction of Magistrate Judge Amanda Maxfield Green, we have entered the above enter order.

                                                Carmelita R. Shinn, Clerk

                                    By:    s/Ryan Beam
                                                       Courtroom Deputy